```
MICHAEL E. MOSS  63408
DOUGLAS TUCKER 172550
NEAL D. DOUGLASS 227976
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm, Suite 221
Post Office Box 9489
Fresno, California 93792-9489
Telephone: (559) 435-5500
```

Attorneys for Plaintiffs
BOARD OF TRUSTEES OF IBEW LOCAL UNION NO. 100 PENSION TRUST FUND, IBEW LOCAL UNION NO. 100 HEALTH AND WELFARE TRUST FUND, JOINT ELECTRICAL INDUSTRY TRAINING TRUST FUND, NATIONAL ELECTRICAL BENEFIT FUND, IBEW LOCAL UNION NO. 100 VACATION FUND and BOARD OF TRUSTEES OF IBEW DISTRICT NO. 9 PENSION PLAN TRUST FUND

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

\* \* \*

| | |
|---|---|
| BOARD OF TRUSTEES OF IBEW LOCAL UNION NO. 100 PENSION TRUST FUND, IBEW LOCAL UNION NO. 100 HEALTH AND WELFARE TRUST FUND, JOINT ELECTRICAL INDUSTRY TRAINING TRUST FUND, NATIONAL ELECTRICAL BENEFIT FUND, IBEW LOCAL UNION NO. 100 VACATION FUND and BOARD OF TRUSTEES OF THE IBEW DISTRICT NO. 9 PENSION PLAN TRUST FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>RCG ELECTRIC, INC., a California corporation,<br><br>Defendant. | Case No. 04-5379 REC DLB<br><br>[PROPOSED ORDER RE] DISMISSAL WITHOUT PREJUDICE OF DEFENDANT RCG ELECTRIC, INC.<br><br>[FRCP 41(a)(1)] |

The above-entitled action is hereby dismissed by Plaintiffs BOARD OF TRUSTEES OF IBEW LOCAL UNION NO. 100 PENSION TRUST FUND, IBEW LOCAL UNION NO. 100 HEALTH AND WELFARE TRUST FUND, JOINT ELECTRICAL INDUSTRY TRAINING

LAW OFFICES
Kimble, MacMichael & Upton
A PROFESSIONAL CORPORATION
5260 North Palm Avenue
Suite 221
P. O. Box 9489
Fresno, CA 93792-9489

1
[PROPOSED ORDER RE] DISMISSAL WITHOUT PREJUDICE OF DEFENDANT RCG ELECTRIC, INC.

TRUST FUND, NATIONAL ELECTRICAL BENEFIT FUND, IBEW LOCAL UNION NO. 100 VACATION FUND and BOARD OF TRUSTEES OF THE IBEW DISTRICT NO. 9 PENSION PLAN TRUST FUND as against defendant RCG ELECTRIC, INC., without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: August 4th, 2005

KIMBLE, MacMICHAEL & UPTON
A Professional Corporation

By_____
NEAL D. DOUGLASS
Attorneys for Plaintiffs
BOARD OF TRUSTEES OF IBEW LOCAL UNION NO. 100 PENSION TRUST FUND, IBEW LOCAL UNION NO. 100 HEALTH AND WELFARE TRUST FUND, JOINT ELECTRICAL INDUSTRY TRAINING TRUST FUND, NATIONAL ELECTRICAL BENEFIT FUND, IBEW LOCAL UNION NO. 100 VACATION FUND and BOARD OF TRUSTEES OF IBEW DISTRICT NO. 9 PENSION PLAN TRUST FUND

The Court hereby consents to the above-referenced dismissal.

8/29/05

_____
United States District Court Judge

617835 94 166 dis10605 l

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 North Palm Avenue
Suite 221
P. O. Box 9489
Fresno, CA 93792-9489

2
[PROPOSED ORDER RE] DISMISSAL WITHOUT PREJUDICE OF DEFENDANT RCG ELECTRIC, INC.